**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1923**

---

ADAEZE NWOSU,

       Plaintiff - Appellant,

   v.

CBRE GROUP, INC.; BOZZUTO DEVELOPMENT COMPANY,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:23-cv-03517-PX)

---

Submitted:  December 19, 2024               Decided:  January 3, 2025

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Adaeze Nwosu, Appellant Pro Se.  Douglas Alan Sampson, SAUL EWING LLP, Baltimore, Maryland; James Douglas Bragdon, Emily A. Levy, GALLAGHER EVELIUS & JONES, LLP, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adaeze Nwosu appeals the district court's order dismissing without prejudice under 28 U.S.C. § 1332(a)(2) her complaint for lack of subject matter jurisdiction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Nwosu v. CBRE Grp., Inc.*, No. 8:23-cv-03517-PX (D. Md. Sept. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order is final because the district court did not grant leave to amend the complaint and made clear the court was finished with the case. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).

2